# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>            vs.<br><br>JOSE ULDERICO ROMAN-FRAUSTO,<br><br>                        Defendant. | CASE NO. 14-CR-1790-JLS<br><br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

  X  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

____  of the offense(s) as charged in the Indictment/Information:

_____

_____

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: July 9, 2014

_____
Janis L. Sammartino
U.S. District Judge